UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN G. ETHIER,<br><br>        Petitioner,<br><br>    v.<br><br>CONNIE GIPSON, ACTING WARDEN,<br><br>        Respondent. | CASE NO. SA CV 10-1444-DOC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    <u>March 8, 2012</u>.

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ethier Judgment.wpd