UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENN G. ETHIER, | ) | CASE NO. SA CV 10-1444-DOC (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| CONNIE GIPSON, ACTING WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 26, 2012.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ETHIER, G 1444\Judgment.wpd